UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

LIDIA M. ORREGO,

                    Plaintiff,

        - against -

KEVIN KNIPFING, *Employer, also known as Kevin James*; STEPHANIEANNA JAMES-KNIPFING, *Employer, also known as Steffiana de la Cruz*; OLD WESTBURY EDDIE LLC, *Company/Payroll owner Kevin Knipfing*; OLD WESTBURY LLC, *Unknown Entity under registration in NY State*, STEVE SAVITSKY, *Business Manager*, *Old Westbury LLC*; and TERESA A. ZANTUA,

                    Defendants.
-------------------------------------------------------------------- X

Case No.: 20-cv-03361 (SJB)(AYS)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

    **PLEASE TAKE NOTICE**, that upon: the declaration of Kuuku Minnah-Donkoh, Esq., dated August 8, 2025, and all the exhibits annexed thereto; the Statement of Material Facts Pursuant to Local Rule 56.1, dated August 8, 2025; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings herein, defendants, KEVIN KNIPFING, STEPHANIEANNA JAMES-KNIPFING, OLD WESTBURY EDDIE LLC (incorrectly also sued here as Old Westbury LLC), and TERESA A. ZANTUA (collectively, "Defendants"), shall move the Court before the Honorable Sanket J. Bulsara, at the courthouse located at 100 Federal Plaza, Central Islip, New York 11722, for entry of an order granting Defendants summary judgment, with prejudice, on all of Plaintiff's surviving causes of action asserted in Plaintiff's Amended Complaint, pursuant to Federal Rule of Civil Procedure 56.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to the briefing schedule set by the Court in its Electronic Order dated July 7, 2025, any opposition papers must be served by

September 12, 2025, and any reply papers must be served by October 3, 2025.

Dated:      New York, New York
            August 8, 2025

                                GORDON REES SCULLY
MANSUKHANI, LLP

By:     /s/ *Kuuku Minnah-Donkoh*
          Kuuku Minnah-Donkoh, Esq.
1 Battery Park Plaza
New York, New York 10004
Telephone: 212-269-5500
kminnahdonkoh@grsm.com

*Attorneys for Defendants*